```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 05956
   RAYMOND WARREN
   TABITHA KILLION                            CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
              Debtor
   SSN XXX-XX-7942    SSN XXX-XX-7348

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 04/03/2007 and was confirmed 08/30/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  57.19%.

     The case was dismissed after confirmation 03/20/2008.
-----------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                           PAID            PAID
-----------------------------------------------------------------------
ALLIED INTERSTATE           UNSECURED      NOT FILED            .00             .00
DIRECTV                     NOTICE ONLY    NOT FILED            .00             .00
JEFFERSON CAPITAL SYSTEM    UNSECURED         964.46            .00             .00
ASSOCIATED CREDIT SERVIC    UNSECURED      NOT FILED            .00             .00
CITIZENS BANK               NOTICE ONLY    NOT FILED            .00             .00
AT & T BANKRUPCTY           UNSECURED      NOT FILED            .00             .00
BAYQUEST CAPITAL CORPORA    UNSECURED      NOT FILED            .00             .00
BMG MUSIC SERVICE           UNSECURED      NOT FILED            .00             .00
CHARTER ONE                 UNSECURED      NOT FILED            .00             .00
CITY OF CHICAGO PARKING     UNSECURED        3053.83            .00             .00
CITY OF CHICAGO BUREAU P    NOTICE ONLY    NOT FILED            .00             .00
COMMONWEALTH EDISON         UNSECURED      NOT FILED            .00             .00
CREDIT MANAGEMENT CONT      UNSECURED      NOT FILED            .00             .00
T MOBILE                    NOTICE ONLY    NOT FILED            .00             .00
DEVON FINANCIAL SERVICE     UNSECURED         632.99            .00             .00
ER SOLUTIONS                UNSECURED      NOT FILED            .00             .00
GINNYS                      UNSECURED         191.01            .00             .00
FINGERHUT CORP              UNSECURED         168.34            .00             .00
HEATLHCARE ASSOC CREDIT     UNSECURED      NOT FILED            .00             .00
IL DEPT OF EMPLOYMENT SE    UNSECURED        1050.00            .00             .00
ILLINOIS DEPARTMENT OF E    NOTICE ONLY    NOT FILED            .00             .00
MITCHELL N KAY              UNSECURED      NOT FILED            .00             .00
PROFESSIONAL FEE FINANCI    NOTICE ONLY    NOT FILED            .00             .00
MASSEYS                     UNSECURED      NOT FILED            .00             .00
NCO FINANCIAL SYSTEMS       UNSECURED      NOT FILED            .00             .00
COMMONWEALTH EDISON         NOTICE ONLY    NOT FILED            .00             .00
MIDNIGHT VELVET             UNSECURED         243.65            .00             .00
MIDNIGHT VELVET             NOTICE ONLY    NOT FILED            .00             .00
PENCREDIT CORP              UNSECURED      NOT FILED            .00             .00
COLUMBIA HOUSE              NOTICE ONLY    NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE    UNSECURED      NOT FILED            .00             .00
MONROE & MAIN               UNSECURED          90.90            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 05956 RAYMOND WARREN & TABITHA KILLION
```

```
MONROE & MAIN              NOTICE ONLY    NOT FILED            .00           .00
SANTA BARBARA BANK & TRU   UNSECURED      NOT FILED            .00           .00
SEVENTH AVENUE             UNSECURED         280.38            .00           .00
SEVENTH AVENUE             NOTICE ONLY    NOT FILED            .00           .00
SPRINT-NEXTEL CORP         UNSECURED         662.44            .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         588.67            .00           .00
TRUST REC SV               UNSECURED      NOT FILED            .00           .00
UNIVERSITY OF CHICAGO      NOTICE ONLY    NOT FILED            .00           .00
UNIVERSAL FIDELITY CORP    UNSECURED      NOT FILED            .00           .00
SONIC PAYDAY LOAN          NOTICE ONLY    NOT FILED            .00           .00
WILBUR LAW                 UNSECURED      NOT FILED            .00           .00
STATE FARM INSURANCE       NOTICE ONLY    NOT FILED            .00           .00
WOW INTERNET AND CABLE S   UNSECURED      NOT FILED            .00           .00
WOW INTERNET & CABLE SER   NOTICE ONLY    NOT FILED            .00           .00
IL DEPT OF EMPLOYMENT SE   UNSECURED         740.00            .00           .00
ZALUTSKY & PINSKI          UNSECURED        1089.46            .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         755.16            .00           .00
SEVENTH AVENUE             UNSECURED         280.38            .00           .00
BAYQUEST CAPITAL CORPORA   SECURED           686.56          11.60        322.73
PORTFOLIO RECOVERY ASSOC   UNSECURED         302.23            .00           .00
AMERICASH LOANS LLC        UNSECURED         592.96            .00           .00
ILLINOIS DEPT OF REV       PRIORITY          193.41            .00           .00
ILLINOIS DEPT OF REV       UNSECURED          72.00            .00           .00
GLEASON & GLEASON LLC      DEBTOR ATTY     2,500.00                       410.97
TOM VAUGHN                 TRUSTEE                                         54.70
DEBTOR REFUND              REFUND                                            .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                800.00

PRIORITY                                            .00
SECURED                                          322.73
    INTEREST                                      11.60
UNSECURED                                           .00
ADMINISTRATIVE                                   410.97
TRUSTEE COMPENSATION                              54.70
DEBTOR REFUND                                       .00
                     ---------------     ---------------
TOTALS                 800.00                    800.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE